UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| ex rel. | ) | |
| KENNETH KELLER | ) | |
| | ) | CASE NO. 8:08-CV-606-T-23TBM |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | DIVISION: Tampa |
| | ) | |
| LINCARE HOLDINGS INC. | ) | |
| | ) | FILED IN CAMERA |
| | ) | UNDER SEAL |
| | ) | |
| Defendant. | ) | |

## MOTION OF *QUI TAM* PLAINTIFF TO SEAL AND FILE *IN CAMERA* THE COMPLAINT FOR DAMAGES AND OTHER RELIEF UNDER THE *QUI TAM* PROVISIONS OF THE FALSE CLAIMS ACT

COMES NOW the Relator, Kenneth Keller, and moves this Honorable Court, pursuant to the authority of Title 31 U.S.C. § 3730 (b) (2), to seal and file the *Qui Tam* Complaint *in camera* and related pleadings, including this motion to seal and the attendant Order to seal.

The applicable provision of law, as referenced above, directs that the *Qui Tam* Complaint ". . . shall be filed *in camera*, shall remain under seal for at least 60 days, and shall not be served on the defendant until the court so orders."

The purpose of this provision of law is to afford the United States of America, acting through the Department of Justice, time within which it can evaluate and assess whether it will elect to intervene and proceed with the action.

Accordingly, the Relator requests that the *Qui Tam* Complaint, the instant motion, and the sealing Order be filed *in camera* and under seal.

Dated: April 1, 2008.

                                          Respectfully submitted,

                                          */s/ Elaine Stromgren*
                                          ELAINE STROMGREN
                                          Florida Bar No. 0417610
                                          JOHN R. NEWCOMER, JR.
                                          Florida Bar No. 143380
                                          JAMES, HOYER, NEWCOMER &
                                               SMILJANICH, P.A.
                                          One Urban Centre, Suite 550
                                          4830 West Kennedy Boulevard
                                          Tampa, Florida 33609
                                          Phone: (813) 286-4100
                                          Fax: (813) 286-4174
                                          estromgren@jameshoyer.com

                                          RYAN D. BARACK
                                          Florida Bar No. 0148430
                                          KWALL, SHOWERS &
                                          BARACK, P.A.
                                          133 North Fort Harrison Ave.
                                          Clearwater, Florida 33755
                                          Phone: (727) 441-4947
                                          Fax: (727) 447-3158
                                          rbarack@ksblaw.com

                                          Attorneys for *Qui Tam* Relator