IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA
ex rel. KENNETH KELLER,

    Plaintiff,

vs.                              Case no. 8:08-cv-606-T-23TBM

LINCARE HOLDINGS, INC.,

                              **FILED UNDER SEAL**

    Defendant.
_____/

## UNITED STATES' SECOND EX PARTE APPLICATION FOR EXTENSION OF SEAL ON QUI TAM ACTION AND RELATED FILINGS, AND FOR EXTENSION OF THE UNITED STATES' EVALUATION PERIOD

The United States hereby applies for a 120 day extension of the seal on the qui tam complaint and related filings in this matter, and for extension of the period in which the United States must decide whether to intervene in this action. This is the second such extension request by the United States in this case.[1]

Pursuant to 31 U.S.C. § 3730 (b)(3), the United States presents this application ex parte and under seal. The United States asks the Court to continue to keep the complaint and all filings in this civil action under seal until March 27, 2009, and to permit the United States until March 27, 2009, to advise the Court of its decision whether to intervene in this civil action. The Relator does not object to this application.

---

[1] The relator evidently filed his own request to extend the Court's seal prior to serving the complaint, which request was granted on April 3, 2008. The government's first request for a six month extension of the seal and intervention deadline was granted, setting the new deadline for November 28, 2008.

1

The reasons for this application are set forth in the accompanying memorandum of law.[2]

Respectfully submitted,

A. Brian Albritton
United States Attorney

_____
Lacy R. Harwell, Jr.
Assistant United States Attorney
Florida Bar No. 714623
400 North Tampa St., Suite 3200
Tampa, FL 33602
Tel. (813) 274-6350
Fax (813) 274-6200
Randy.Harwell@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of November, 2008, I served the United States' Second Ex Parte Application For Extension of Seal On Qui Tam Action and Related Filings, And For Extension of the United States' Evaluation Period and supporting papers by first class mail, postage pre-paid, on the following counsel of record:

Elaine Stromgren
James Hoyer et al.
4830 West Kennedy Blvd.
Tampa, FL 33609

_____
LACY R. HARWELL, JR.
Assistant United States Attorney

---

[2] Local Rule 3.01(a) requires that a motion and supporting legal memorandum be filed in combined form not in excess of twenty five pages. Inasmuch as the Memorandum supporting this application contains protected work product information of the United States in this investigation and is not served upon the relator in this matter, the Application and Memorandum are being filed separately from one another. Accordingly, the United States respectfully requests that the provisions of Local Rule 3.01(a) be waived with respect to these filings.

2