IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA
ex rel. KENNETH KELLER,

    Plaintiffs,

v.

LINCARE HOLDINGS, INC.,

    Defendant.

Case No. 8:08-cv-606-T-23TBM

**FILED UNDER SEAL**

## NOTICE OF THE UNITED STATES THAT IT IS NOT INTERVENING AT THIS TIME

In its last Order, dated December 3, 2008, the Court indicated that the Government must make its intervention decision on or before March 27, 2009, and that no further extensions of time would be granted. The Government's investigation has not been completed and, as such, the United States is unable to decide, as of the Court's deadline, whether to proceed with the action. Accordingly, the United States hereby notifies the Court that it is not intervening at this time. However, the Government's investigation will continue.

Although the United States is not intervening at this time, it respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id. Therefore, the United States requests that, should either the relator or the defendant propose that this action be dismissed, settled, or otherwise

discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon it; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts and to intervene in this action, for good cause, at a later date. The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed, along with all other papers, orders and filings in the Court file herein except the legal memoranda filed on June 2, 2008 and November 28, 2008 by the United States in support of its applications to extend the intervention deadline in this case. The United States requests that these legal memoranda remain under seal because they discuss the content and extent of the United States' investigation. These memoranda are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Respectfully submitted,

A. BRIAN ALBRITTON
United States Attorney

_____
LACY R. HARWELL, JR.
Assistant United States Attorney
Florida Bar. No. 714623
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: 813-274-6350
Facsimile: 813-274-6200
Email: Randy.Harwell@usdoj.gov