FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

09 APR -6 AM 9: 39

CLERK U S
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA ex rel.
KENNETH KELLER,

    Plaintiff,

v.

                      CASE NO: 8:08-cv-606-T-23TBM

LINCARE HOLDINGS, INC.,

                      **FILED UNDER SEAL**

    Defendant.
_____/

## ORDER

Pursuant to 31 U.S.C. § 3730(b)(4), the United States declines (Doc. S-10) to intervene in this action but requests that the legal memoranda (Docs. S-5 and S-8) in support of the applications to extend the intervention deadline remain under seal. Review of the file reveals no legally sufficient reason for retaining these documents under seal. Accordingly, the United States shall show, by filing a written response with citations to legal authority on or before **April 10, 2009**, why the court should not unseal the file in its entirety. Failure to comply with this order will result in unsealing the file without further notice.

    ORDERED in Tampa, Florida, on _April 3rd_____, 2009.

                                                STEVEN D. MERRYDAY
                                              UNITED STATES DISTRICT JUDGE