UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, <u>ex rel.</u> KENNETH KELLER | ) ) ) ) | |
| Plaintiffs, | ) ) | CASE NO.: 8:08-cv-606-T-23TBM |
| v. | ) ) ) | |
| LINCARE HOLDINGS INC. | ) ) ) ) | |
| Defendant. | ) | |

**<u>RELATOR'S NOTICE OF VOLUNTARY DISMISSAL<br>WITHOUT PREJUDICE</u>**

Relator, Kenneth Keller, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby voluntarily dismisses the above styled action. The government has declined to intervene in this action, and Relator does not wish to proceed with the case at this time. Counsel for Relator has notified the government of his intent to file this notice of voluntary dismissal. The government has notified Relator that it intends to consent to the dismissal in a separate writing.

Respectfully submitted,

 /s/ Elaine Stromgren
ELAINE STROMGREN
Florida Bar No. 0417610
JOHN R. NEWCOMER, JR.
Florida Bar No. 143380
JAMES, HOYER, NEWCOMER &
   SMILJANICH, P.A.

One Urban Centre, Suite 550
4830 West Kennedy Boulevard
Tampa, Florida 33609
Phone: (813) 286-4100
Fax: (813) 286-4174
estromgren@jameshoyer.com

RYAN D. BARACK
Florida Bar No. 0148430
KWALL, SHOWERS &
BARACK, P.A.
133 North Fort Harrison Ave.
Clearwater, Florida 33755
Phone: (727) 441-4947
Fax: (727) 447-3158
rbarack@ksblaw.com

Attorneys for *Qui Tam* Relator

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 4, 2009, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system which will send a notice of electronic filing to John R. Newcomer, Jr., Elaine Stromgren, Lacy R. Harwell, and Ryan D. Barack.

                                                   /s/ Elaine Stromgren
                                                   Attorney